114 A.3d 413

COMMONWEALTH of Pennsylvania, Respondent

v.

Gary Charles SCHULTZ, Petitioner.

Nos. 30 MM 2015, 33 MM 2015.

Supreme Court of Pennsylvania.

May 6, 2015.

## *ORDER*

PER CURIAM.

AND NOW, this 6th day of May, 2015, the Application to File Under Seal is **GRANTED,** and the Application for Ex-

traordinary Relief is **DENIED, WITHOUT PREJUDICE** to Petitioner's challenges pending in the Superior Court. *See Commonwealth v. Schultz*, 280 MDA 2015; *Commonwealth v. Schultz*, 14 MDM 2015.

Justice STEVENS joins the Order in all respects, except that he would deny the application to file under seal.